[807 NE2d 881, 775 NYS2d 770]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JEFFREY SANTOS, Respondent.

Decided December 18, 2003

### APPEARANCES OF COUNSEL

*Robert M. Morgenthau, District Attorney*, New York City (*Mary C. Farrington* of counsel), for appellant.

*The Legal Aid Society*, Brooklyn (*Kevin F. Casey* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

The Court here lacks power to review the lower courts' exercise of discretion in vacating the criminal conviction and granting a new trial on the basis of newly discovered evidence (*People v Baxley*, 84 NY2d 208, 212 [1994]; *People v Fields*, 66 NY2d 876, 878 [1985]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ concur.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.